UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Robert B. Kugler |
| Plaintiff(s), | Criminal No. 18-161(RBK) |
| v. | |
| JORGE GUTIERREZ, et al, | |
| Defendant (s). | |

# **O R D E R**

**THIS MATTER HAVING** come before the Court upon the Motion of defendant Gutierrez, by Rocco Cipparone, Esq., for an Order Suppressing the statements made on November 12, 2014, to law enforcement agents, and the court having reviewed the papers submitted including the declaration of defendant, and having heard the testimony in court on August 27, 2019, of Tommy Villanueva and Angelo Horiates, and having heard the argument of counsel on that date, and for the reasons expressed on the record on that date,

**IT IS ON THIS** 3rd day of September, 2019, **ORDERED** that the Motion of defendant Jorge Gutierrez to Suppress the statements made on November 12, 2014, be and is hereby **DENIED.**

    s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge